AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

─────────────── DISTRICT OF ───────────────

FILED
CLERKS OFFICE

2004 MAY 11  P 1:01

U.S. DISTRICT COURT
DISTRICT OF MASS.

Charter Communications Entertainment I, LLC,
d/b/a Charter Communications

**SUMMONS IN A CIVIL CASE**

V.

Ines Cintron

CASE NUMBER:

**04-40064-NMG**

TO: (Name and address of defendant)
Ines Cintron
44 Roosevelt Drive
Southbridge, MA 01550

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher L. Brown, Esq., Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**
CLERK

_Sherry Jones_
(BY) DEPUTY CLERK

4-30-04
DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |

NAME OF SERVER (PRINT)

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

05/07/2004

I hereby certify and return that on 05/06/2004 at 01:50pm I served a true and attested copy of the Summons and Complaint, Civil Cover Sheet in this action in the following manner: To wit, by delivering in hand to INES CINTRON at 44 ROOSEVELT DR, SOUTHBRIDGE, MA. Fees: Service 20.00, Travel 13.44, Conveyance 4.50, Attest 10.00 & Postage and Handling 1.00, Total Fees: $46.94

Deputy Sheriff Paul R Almstrom

_____
Deputy Sheriff

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.