UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 JUN -3 P 12: 06

U.S. DISTRICT COURT
DISTRICT OF MASS.

CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC
d/b/a CHARTER COMMUNICATIONS,

Plaintiff,

v.

INES CINTRON,

Defendant.

CIVIL ACTION
NO. 04-40064-NMG

## MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT

Pursuant to Federal Rule of Civil Procedure 55(a) and Local Rules of Civil Procedure, Plaintiff Charter Communications Entertainment I, LLC d/b/a Charter Communications, hereby moves this Court for a judgment by default against the Defendant Ines Cintron (the "Defendant"), in the above-captioned action. In support of its Motion, Plaintiff states that:

1. The Complaint in the above-captioned action was filed in this Court on April 30, 2004;

2. The Defendant was served by Deputy Sheriff Paul R. Almstrom by leaving a copy of the Summons and Complaint at the abode of the Defendant on May 6, 2004 pursuant to Rule 4(c) and 4(e) of the Federal Rules of Civil Procedure;

3. The Defendant failed to file an Appearance in the above-captioned action; and

4. The Defendant failed to file a response to the Complaint, which was due on or before May 27, 2004, as required by Rule 12(a) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff requests the Court enter judgment of default against the Defendant in this action.

PLAINTIFF - CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS

By Its Attorneys,

_____
Burt B. Cohen, BBO#656190
Christopher L. Brown, BBO#642688
Murtha Cullina LLP
99 High Street-20th Floor
Boston, MA 02110
(617) 457-4000

Dated: June 1, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Entry of Default was mailed first-class, postage prepaid, on June 1, 2004 to:

Ines Cintron
44 Roosevelt Drive
Southbridge, MA 01550

_____
Christopher L. Brown