**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Charter Communications**
**Entertainment I, LLC**
**d/b/a Charter Communications,**
                    **Plaintiff,**

                                                        **CIVIL ACTION**
                                                        **NO.04- 40064-FDS**

          **V.**


**Ines Cintron,**
               **Defendant,**


### NOTICE OF DEFAULT


   Upon application of the Plaintiff, Charter Communications Entertainment I, LLC

for an order of default for failure of  the Defendant, Ines Cintron, to plead

or otherwise defend as provided By Rule 55(a) of the Federal Rules of Civil

Procedure, notice is hereby given that the defendant has been defaulted this

20th day of July  2004.



                                                  **TONY ANASTAS, CLERK**



                              **By:   /s/ Martin Castles**
                              **Deputy Clerk**


**Notice mailed to: all counsel/parties**
**(default.not - 10/96)**                                                        **[ntcdflt.]**