UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS, :<br><br>Plaintiff, :<br><br>v. :<br><br>INES CINTRON, :<br><br>Defendant. : | CIVIL ACTION<br>NO. 04-40064-FDS |

## PROPOSED DEFAULT JUDGMENT

Defendant, Ines Cintron, having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of plaintiff and affidavits demonstrating that defendant owes the plaintiff the sum of $20,000.00 that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $2,937.94.

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant Ines Cintron the principal amount of $20,000, with costs in the amount of $2,937.94 for a total judgment of $22,937.94 with interest as provided by law.

By the Court,

Dated:_____                                      Deputy Clerk