UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARTER COMMUNICATIONS )
ENTERTAINMENT I, LLC d/b/a )
CHARTER COMMUNICATIONS, )
    Plaintiff )
)
v. )  CIVIL ACTION NO. 01-40064-FDS
)
)
INES CINTRON, )
    Defendant )
)

## MOTION TO RESCHEDULE HEARING

The above-captioned matter is scheduled for hearing on Plaintiff's Motion for Reconsideration on February 14, 2005. Due to scheduling conflicts with counsel, the Plaintiff requests that this hearing be rescheduled to February 17, 2005.

    CHARTER COMMUNICATIONS
    ENTERTAINMENT I, LLC d/b/a CHARTER
    COMMUNICATIONS

    By its Attorney,

    _____
    Burton B. Cohen, BBO #656190
    Murtha Cullina, LLP
    99 High Street
    Boston, MA 02110
Dated: January 31, 2005    617-457-4000

---

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon each party by mail.

DATE: January 31, 2005

---

296448-1