UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS, <br><br> Plaintiff, <br><br> v. <br><br> INES CINTRON, <br><br> Defendant. | CIVIL ACTION <br> NO. 04-40064-FDS <br><br><br><br><br><br><br><br> FEBRUARY 9, 2005 |

## NOTICE OF APPEARANCE

Please enter my appearance as co-counsel, with Attorneys Cohen and Brown, on behalf of the Plaintiff Charter Communications Entertainment I, LLC d/b/a Charter Communications in this action.

CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC d/b/a
CHARTER COMMUNICATIONS,

By its Attorneys,

/s/ Robert J. Munnelly, Jr.
Robert J. Munnelly, Jr. BBO#555202
Murtha Cullina LLP
99 High Street, 20th Floor
Dated: February 9, 2005
Boston, MA 02110
(617) 457-4000

---

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail.

DATE: February 9, 2005  /s/ Robert J. Munnelly, Jr.

---

296168