UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40064-FDS

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS,  Plaintiff  v.  INES CINTRON,  Defendant | ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

Please enter my Appearance as attorney for the Defendant, Ines Cintron, in reference to the above-entitled matter.

Respectfully submitted,
Defendant, Ines Cintron,
By her attorney

_____
Bruce E. Hopper, BBO# 559219
90 Madison Street, Suite 200
Worcester, MA 01608
(508) 754-6168

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2005, I served the above NOTICE OF APPEARANCE via hand delivery, to:

Burton B. Cohen, Esq.
Martha Cullina LLP
99 High Street
Boston, MA 02110-2320

_____
Bruce E. Hopper