UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40064-FDS

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS,<br><br>      Plaintiff<br><br>v.<br><br>INES CINTRON,<br><br>      Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT INES CINTRON'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Federal Rule of Civil Procedure 6 (b) (2) and Local Rules of Civil Procedure, Defendant Ines Cintron, hereby moves before this Honorable Court for enlargement of time by which to file her answer to Plaintiff's complaint. As stated in Defendant Ines Cintron's Motion to Set Aside Default, Defendant's incapability to timely respond to the litigation of this matter was as a direct result of her disability and is, therefore, excusable neglect. Defendant refers to her Motion to Set Aside Default in further support of her Motion for Enlargement of Time.

      WHEREFORE, Defendant respectfully request that this Court allow her an enlargement of time until March 9, 2005 by which to file her answer to Plaintiff's complaint.

Respectfully submitted,
Defendant, Ines Cintron,
By her attorney

_/s/ Bruce E. Hopper_
Bruce E. Hopper, BBO# 559219
90 Madison Street, Suite 200
Worcester, MA 01608
(508) 754-6168

## CERTIFICATE OF SERVICE

I hereby certify that on February _17_, 2005, I served the above DEFENDANT INES CINTRON'S MOTION FOR ENLARGEMENT OF TIME via hand delivery, to:

Burton B. Cohen, Esq.
Martha Cullina LLP
99 High Street
Boston, MA 02110-2320

_____
Bruce E. Hopper