UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Charter Communications,</u>
　　　Plaintiff(s),

　　V.

CIVIL ACTION

NO. <u>04-40064-FDS</u>

<u>Cintron,</u>
　　　Defendant(s),

<u>SETTLEMENT ORDER OF DISMISSAL</u>

<u>Saylor, D. J.</u>

　　The Court having been advised on 　<u>March 17, 2005</u>　 that the above-entitled action has been settled;

　　IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

　　　　　　　　　　　　　　　　　　　　　　By the Court,

<u>　March 22, 2005　</u>　　　　　　　　　<u>/s/ Martin Castles　</u>
　　　Date　　　　　　　　　　　　　　　　Deputy Clerk