UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS<br><br>Plaintiff,<br><br>v.<br><br>INES CINTRON<br><br>Defendant. | CASE ACTION<br>NO. 04-CV-40064(FDS) |

## STIPULATION OF DISMISSAL

Plaintiff Charter Communications Entertainment I, LLC d/b/a Charter Communications and Defendant Ines Cintron agree to dismiss the Complaint against Defendant Ines Cintron pursuant to Fed. R. Civ. P. 41(a) with prejudice and without costs to either party.

CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC d/b/a
CHARTER COMMUNICATIONS
By Its Attorneys,

*/s/ Burton B. Cohen*

Burton B. Cohen, BBO#656190
Christopher L. Brown, BBO #642688
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110
Telephone: (617) 457-4000

Date: March 16, 2005

INES CINTRON
By Her Attorneys,

*/s/ Bruce E. Hopper*

Bruce E. Hopper, Esq., BBO#559219
Law Offices of Bruce E. Hopper
90 Madison Street
Worcester, MA 01608
(508) 754-6168